Gabriel Levinson
**TARTER KRINSKY & DROGIN LLP**
1350 Broadway
New York, NY 10018
(Tel) 212.216.8000
glevinson@tarterkrinsky.com

*Attorneys for Defendant, Giorgio Armani Corporation*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
KAYLA REED, *et ano.*,                  :
                                        :
            Plaintiffs,                 :     No.: 17-CV-9615 (WHP)
                                        :
      -against-                         :     **NOTICE OF APPEARANCE**
                                        :
GIORGIO ARMANI CORPORATION,             :
                                        :
            Defendants.                 :
----------------------------------------------------------------x

**PLEASE TAKE NOTICE** that the undersigned appears as counsel for Defendant Giorgio Armani Corporation in the above-referenced action and respectfully requests that copies of all things and other documents be served upon the undersigned at the address set forth below.

Dated:   New York, New York
         January 26, 2018

                                **TARTER KRINSKY & DROGIN LLP**


                                By:   /s/ Gabriel Levinson_____
                                      Gabriel Levinson

                                1350 Broadway, 11th Floor
                                New York, New York 10018
                                Tel (212) 216-8000
                                Fax (212) 216-8001
                                glevinson@tarterkrinsky.com


                                *Attorneys for Defendant. Giorgio Armani Corporation*