Sarah E. Coleman
**TARTER KRINSKY & DROGIN LLP**
1350 Broadway
New York, NY 10018
(Tel) 212.216.8000
scoleman@tarterkrinsky.com

*Attorneys for Defendant, Giorgio Armani Corporation*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
KAYLA REED, *et ano.*,                                          :
                                                                :
                Plaintiffs,                     :    No.: 17-CV-9615 (WHP)
                                                                :
                -against-                       :    **NOTICE OF APPEARANCE**
                                                                :
GIORGIO ARMANI CORPORATION,                                     :
                                                                :
                Defendants.                     :
-----------------------------------------------------------------x

      **PLEASE TAKE NOTICE** that the undersigned appears as counsel for Defendant Giorgio Armani Corporation in the above-referenced action and respectfully requests that copies of all things and other documents be served upon the undersigned at the address set forth below.

Dated:   New York, New York
           January 29, 2018

                                      **TARTER KRINSKY & DROGIN LLP**

                                      By:   /s/ Sarah E. Coleman_____
                                              Sarah E. Coleman

                                      1350 Broadway, 11th Floor
                                      New York, New York 10018
                                      Tel (212) 216-8000
                                      Fax (212) 216-8001
                                      scoleman@tarterkrinsky.com

                                      *Attorneys for Defendant, Giorgio Armani Corporation*