Gabriel Levinson
**TARTER KRINSKY & DROGIN LLP**
1350 Broadway
New York, NY 10018
(Tel) 212.216.8000
glevinson@tarterkrinsky.com

*Attorneys for Defendant, Giorgio Armani Corporation*

Javier L. Marino
**DANNLAW**
1 Meadowlands Plaza, Suite 200
East Rutherford, NJ 07073
Tel.: (201) 355-3440
jmerino@dannlaw.com

*Attorneys for Plaintiff, Kayla Reed*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

| | | |
|---|---|---|
| KAYLA REED, *et ano.*, | : | |
| Plaintiffs, | : | No.: 17-CV-9615 (WHP) |
| -against- | : | **STIPULATION** |
| GIORGIO ARMANI CORPORATION, | : | |
| Defendants. | : | |

------------------------------------------------------------------x

IT IS HEREBY STIPULATED AND AGREED, by the undersigned attorneys for Plaintiff Kayla Reed ("Plaintiff") and Defendant Giorgio Armani Corporation ("Defendant"), that Defendant's time to respond to Plaintiff's Complaint is hereby adjourned through and including February 15, 2018.

IT IS FURTHER STIPULATED AND AGREED, that this stipulation may be executed in counterparts and by facsimile or electronically, and copies of said signatures shall be deemed originals.

Dated: New York, New York
January 29, 2018

**TARTER KRINSKY & DROGIN LLP**
*Attorneys for Defendant, Giorgio Armani Corporation*

By: _____
    Gabriel Levinson

1350 Broadway, 11th Floor
New York, New York 10018
Tel.: (212) 216-8000
glevinson@tarterkrinsky.com

**DANNLAW**
*Attorneys for Plaintiff Kayla Reed*

By: _____
    Javier L. Marino

1 Meadowlands Plaza, Suite 200
East Rutherford, NJ 07073
Tel.: (201) 355-3440
jmerino@dannlaw.com

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.

Dated: February 5, 2018
       New York, New York