

Tarter Krinsky & Drogin LLP
1350 Broadway
New York, NY 10018
P 212.216.8000
F 212.216.8001
www.tarterkrinsky.com

**Gabriel Levinson,** *Partner*
212.216.1133 Direct Dial
glevinson@tarterkrinsky.com

February 8, 2018

**BY ECF and FEDEX**

The Honorable William H. Pauley III
United States District Judge
United States District Court, Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1920
New York, New York 10007

Re:   **Kayla Reed et al. v. Giorgio Armani Corporation, Case No. 17-CV-09615 (WHP)**

Dear Judge Pauley:

My firm represents Defendant Giorgio Armani Corporation ("Defendant") in the above-referenced action.  In accordance with your Honor's Individual Practices, counsel for all parties jointly submits this letter-motion to: (i) extend Defendant's time to respond to Plaintiffs' complaint from the current deadline of February 15, 2018 to March 15, 2018; and (ii) adjourn the initial pretrial conference scheduled for March 2, 2018 to March 15, 2018 or a date soon after that is convenient for the Court.  The reason for counsel's joint application is that the parties have engaged in settlement discussions and believe this matter should be settled by March 15, 2018, thereby obviating the need to incur additional attorneys' fees responding to the complaint, preparing a 26(f) report, or attending a court conference.

The parties previously requested that Defendant's time to respond to the complaint be extended, and this request was granted by the Court on February 5, 2018.  As set forth above, this is a joint motion and so both adversaries have consented to the application.

We thank the Court for its consideration of this letter-motion.

Respectfully,

Gabriel Levinson

cc:   Counsel for all parties (by ECF)